**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Randolph,           ) | No. CV 05-0906-PHX-SMM (ECV) |
|                           ) | |
|         Plaintiff,        ) | **ORDER** |
|                           ) | |
| vs.                       ) | |
|                           ) | |
| Joseph Arpaio,            ) | |
|                           ) | |
|         Defendant.        ) | |
|                           ) | |

Plaintiff David Randolph filed a *pro se* Civil Rights Complaint by a Prisoner (Doc. #1) pursuant to 28 U.S.C. § 1983 on March 24, 2005, while incarcerated at the Maricopa County Durango Jail. The Court screened the Complaint in an Order (Doc. #5) filed on December 13, 2005. In the screening order, the Court ordered Plaintiff to complete and return a service packet within 20 days, after which the U.S. Marshal Service would notify the defendant and effect service. Additionally, Plaintiff was warned that if he failed to timely comply with the provisions in the screening order, the action would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A service packet was mailed to Plaintiff on the date of the screening order, but it was returned as undeliverable on December 19, 2005.

On January 4, 2006, Plaintiff filed a Notice of Change of Address (Doc. #8) indicating that he is in the custody of the Arizona Department of Corrections in Yuma. The court

**JDDL**

1 docket reflects that on July 21, 2006, a service packet was mailed to Plaintiff at the Arizona
2 State Prison Complex in Yuma. However, as of this date, Plaintiff has not returned the
3 completed service packet. More than a year has passed since the packet was sent and
4 Plaintiff has had no contact with the court.

**IT IS THEREFORE ORDERED:**

That the Clerk of Court shall dismiss Plaintiff's Complaint without further notice to Plaintiff if he fails to show cause by September 18, 2007, for his failure to comply with the Court's order to return the service packet.

DATED this 29th day of August, 2007.

Stephen M. McNamee
United States District Judge

**JDDL**

- 2 -